IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID LYMAN SPALDING, ) | | |
| # 47371-177, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | CIVIL ACTION NO. | |
| VS. ) | | |
| ) | 3:23-CV-0958-G-BH | |
| FNU LNU, ) | | |
| ) | | |
| Defendant. ) | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.  The case will be dismissed by separate judgment for failure to prosecute or follow orders of the court.

**SO ORDERED**.

July 13, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**

---

[*] No objections were filed.